UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea
Clerk

717-221-3920

March 3, 2009

**Re: 3:90-CV-1089; Michael H. Loebach v. Motter Printing Press Company, et al.**

Dear Counsel:

Pursuant to Local Rule of Court 79.4 you are advised that you have thirty (30) days to remove your exhibits in connection with the above captioned case from the courthouse. The proceedings/judgment in your case are final, including appeal, and you are asked that you remove your exhibits or authorize their disposition by the clerk.

L.R. 79.4 reads as follows:

Local Rule 79.4 Removal or Disposition of Exhibits

Except for those documentary exhibits* required to remain permanently with case records, attorneys are responsible, after final judgment including appeal, for removing or authorizing the clerk to dispose of documents exhibits which do not fit in the regular case file. Documents of unusual bulk or weight and physical exhibits other than documents are to be removed immediately after trial and, if necessary in a appeal, attorneys must make arrangements for transport to and receipt of such exhibits at the court of appeals. If not removed or disposition authorized, upon thirty (30) days notice from the clerk, such exhibits will be destroyed or otherwise disposed of by the court.

Please call us if you have any questions.

Sincerely yours,

S/Mark J. Armbruster (717)221-3927
Deputy Clerk

*We have two large demonstrative document exhibits that have been in or office since the trial. If you would like me to just get rid of them, please just send me a short note with your permission. I will place it on the docket. If you would like to just come and get them, that would be fine also.

4/3/09: No response by mail. Unable to make phone contact.